JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

KHALIL ISKONDAVE,

          Petitioner,

          v.

ERNESTO SANTACRUZ JR., et al.,

          Respondents.

Case No. 5:26-cv-01036-DTB

**J U D G M E N T**

Pursuant to the Order Granting First Amended Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from: (a) Redetaining Petitioner without notice and a predetention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community either because Petitioner has violated a term of his release or because his deportation to Syria is imminent and the necessary documents from Syria have issued and are in the possession of the United States Immigration and Customs Enforcement ("ICE"); and (b) from

1

removing Petitioner to any country other than Syria without appropriate notice and an opportunity to be heard in accordance with the applicable ICE regulations.

DATED: __April 21, 2026__     _____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE